UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JASON PAUL MEADOWS # 249032,

    Petitioner,

v.       Case No. 2:11-cv-14
    HON. R. ALLAN EDGAR

JOHN A.M. FERGUSON, et al.,

    Respondents.
_____/

**MEMORANDUM AND ORDER**

Petitioner Jason Paul Meadows, a Michigan state prisoner in the custody of the Michigan Department of Corrections, filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. He claims that he is being illegally detained while awaiting trial on state criminal charges in the Circuit Court of Antrim County, Michigan.

The case was referred to Magistrate Judge Timothy P. Greeley for a report and recommendation. On May 13, 2011, Magistrate Judge Greeley submitted his report [Doc. No. 16] recommending that the habeas petition be denied and dismissed with prejudice on the ground that this United States District Court should abstain under the abstention principles enunciated in *Younger v. Harris*, 401 U.S. 37 (1971). It is further recommended that a certificate of appealablity be denied under 28 U.S.C. § 2253(c)(2).

Petitioner Meadows has not timely filed any objections to the report and recommendation.

1

After reviewing the record, the Court **ACCEPTS and ADOPTS** the report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and W.D. Mich. LCivR 72.3(b).  The Court concludes that the petition for writ of habeas corpus brought under 28 U.S.C. § 2254 shall be **DENIED and DISMISSED WITH PREJUDICE** on the *Younger* abstention doctrine.

If petitioner Meadows files a notice of appeal, it will be treated as an application for a certificate of appealability which shall be **DENIED** pursuant to 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b)(1); and *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) for the reasons expressed in the report and recommendation.  Reasonable jurists could not find it debatable whether the habeas petition has been properly dismissed on the ground of *Younger* abstention.

A separate judgment will enter.

SO ORDERED.

Dated: June 6, 2011.


                                                  /s/   R. Allan Edgar
                                                   R. ALLAN EDGAR
                                       UNITED STATES DISTRICT JUDGE